IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00236-PAB

ENDERSON ENRIQUE CHAVEZ ARMENTA,

    Petitioner,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security,
PAMELA BONDI, U.S. Attorney General,
ROBERT HAGAN, Field Office Director, Denver Field Office, Immigration and Customs Enforcement, and
JUAN BALTAZAR, Warden of Denver Contract Detention Facility,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 8] of Chief Judge Philip A. Brimmer entered on February 3, 2026, it is

    ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is GRANTED in part.  It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 18th day of February, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
    Deputy Clerk